[Civ. No. 3558. First Appellate District, Division One.—April 13, 1921.]

EMMA ROSE et al., Respondents, v. HENRY CONLIN, Appellant.

MORTGAGE — FORECLOSURE — SATISFACTION OF DEFICIENCY.—Judgment affirmed upon the authority of *Rose et al.* v. *Conlin, ante,* p. 225, [198 Pac. 653].

APPEAL from a judgment of the Superior Court of San Mateo County. Geo. H. Buck, Judge. Affirmed.

The facts are stated in the opinion of the court in *Rose et al.* v. *Conlin, ante,* p. 225, [198 Pac. 653].

Charles W. Cobb, Henry Conlin and Edgar C. Chapman for Appellant.

Garret W. McEnerney for Respondents.

THE COURT.—Upon the authority of *Rose* v. *Conlin* (No. 3760), *ante,* p. 225, [198 Pac. 653], this day decided by this court, the order is affirmed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on June 9, 1921.

All the Justices concurred.

